**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **Ammerson C. Bates,** | ) | **CASE NO. 1:14 CV 307** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | **Memorandum of Opinion and Order** |
| **Trinity Floyd,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff's request for permission to proceed *in forma pauperis* is granted.  Pursuant to 28 U.S.C. § 1915, the total filing fee in the amount of $ 350.00 is due.  Further, an initial partial fee in the amount of $ 9.79 is due and should be deducted from Plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid.  Thereafter, the prison cashier's office shall deduct, and forward to the court, 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.[1]  The Clerk is directed to issue a copy of this order and the attached instructions, which are hereby incorporated herein, to the Plaintiff and the prison cashier's office.  The Clerk is further directed to forward a copy of this order to the court's financial office.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Patricia A. Gaughan
　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA A. GAUGHAN
Date:   7/28/14　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] **The prison cashier's office shall not send payments aggregating more than the amount of the full fee.**

PL-3 (7/96) N.D.OHIO

---

STAPLE CHECK HERE

---

PL-3 (7/96) N.D.OHIO